# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Cathy Fusche Thompson, Debtor          Case No. 22-01918-JAW
                                                CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  December 3, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O Box 13767
                                            Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Cathy Fusche Thompson, Debtor                Case No. 22-01918-JAW
                                                       CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in December 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on December 3, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CATHY FUSCHE THOMPSON

CASE NO: 22-01918-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 12/3/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/3/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>CATHY FUSCHE THOMPSON | CASE NO: 22-01918-JAW<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/3/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/3/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-01918-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED DEC 3 9-6-8 PST 2025 | EXETER FINANCE LLC<br>1027 NINTH STREET<br>NEW ORLEANS  LA 70115-2308 | EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | A1 CHECK CASHING<br>607 C HWY 51<br>RIDGELAND  MS 39157-2147 |
| ARMS<br>1410 INDUSTRIAL PARK R<br>PARIS  TN 38242-6099 | ARS COLLECTION<br>PO BOX 321472<br>FLOWOOD  MS 39232-1472 | ADVANCE AMERICA<br>1256 JERRY CLOWER BLVD<br>YAZOO CITY  MS 39194-3077 |
| ADVANCE AMERICA CASH ADVANCE CENTERS OF MS<br>PURPOSE FINANCIAL INC<br>135 NORTH CHURCH STREET<br>SPARTANBURG  SC 29306-9901 | AMERICAN CREDIT ACCEPT<br>961 E MAIN ST<br>SPARTANBURG  SC 29302-2149 | (P)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| ~~EXCLUDE~~<br>~~(D)(P)AMERICOLLECT INC~~<br>~~PO BOX 2080~~<br>~~MANITOWOC WI 54221 2080~~ | ANETHESIA CONSULTANTS<br>1030 RIVER OAKS DR<br>FLOWOOD  MS 39232-9553 | BAPTIST MEDICAL GROUP<br>PO BOX 74533<br>ATLANTA  GA 30384-5333 |
| BRITTANY GERALDS<br>583 OLD JACKSON RD<br>APT 116<br>CANTON  MS 39046-9339 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 | (P)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CITIBANK<br>701 EAST 60TH ST N<br>SIOUX FALLS  SD 57104-0432 | COMENITY BANKROAMANS<br>PO BOX 182789<br>COLUMBUS  OH 43218-2789 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 |
| DIRECTTV<br>PO BOX  5007<br>CAROL STREAM  IL 60197-5007 | ESQUEEN RILEY<br>6294 SCOTLAND RD<br>BENTONIA  MS 39040-9351 | EXETER FINANCE LLC<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE  DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| (P)EXETER FINANCE  LLC<br>NANNETTE ALAMILLA<br>2101 W JOHN CARPENTER FWY<br>IRVING TX 75063-3228 | JACKSON PAIN CENTER<br>PO BOX 22846<br>JACKSON  MS 39225-2846 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |

```
MS METHODIST REHAB CEN              MS SPORTS MEDICINE                 MIDLAND CREDIT MANAGEMENT  INC
1 E LAYFAIR DR                      PO DRAWER 16870                    PO BOX 2037
110                                 JACKSON  MS 39236-6870             WARREN  MI 48090-2037
FLOWOOD  MS 39232-9717



MIDLAND FUNDING                     NCB MANAGEMENT SERVICE             NPRTO SOUTHEAST  LLC
300 ST PAUL PL                      PO BOX 1099                        256 WEST DATA DRIVE
BALTIMORE  MD 21202-2120            LANGHORNE  PA 19047-6099           DRAPER  UTAH 84020-2315



NEWSOUTH NEUROSPINE                 ONEMAIN FINANCIAL                  ONEMAIN FINANCIAL GROUP  LLC
PO BOX 24537                        PO BOX 1010                        ONEMAIN
JACKSON  MS 39225-4537              EVANSVILLE  IN 47706-1010          PO BOX 3251
                                                                       EVANSVILLE  IN 47731-3251



PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF    (P)HOLLIS COBB                      PORTFOLIO RECOVERY
PORTFOLIO RECOVERY ASSOCIATES  LLC             ATTN BANKRUPTCY DEPARTMENT          PO BOX 4115
PO BOX 41067                                   PO BOX 279                          CONCORD  CA 94524-4115
NORFOLK  VA 23541-1067                         NORCROSS GA 30091-0279



PROGRESSIVE LEASING                 RADIOLOGICAL GROUP  PA             (P)REPUBLIC FINANCE LLC
256 W DATA DR                       1405 N STATE ST                    282 TOWER RD
DRAPER  UT 84020-2315               STE 200                            PONCHATOULA LA 70454-8318
                                    JACKSON  MS 39202-1648



EXCLUDE

(D)(P)REPUBLIC FINANCE LLC          RISE CREDIT OF MS                  (P)SEQUIUM ASSET SOLUTIONS  LLC
282 TOWER RD                        4150 INTERNATIONAL PLA             1130 NORTHCHASE PKWY
PONCHATOULA LA 70454-8318           STE 300                            SUITE 150
                                    FORT WORTH  TX 76109-4819          MARIETTA GA 30067-6429



(P)SIMPLE FAST LOANS  INC           SPEEDYRAPID CASH                   UMMC
ATTN ATTN LEGAL DEPARTMENT          PO BOX 782260                      PO BOX 3488
8601 DUNWOODY PLACE SUITE 406       WICHITA  KS 67278-2260             DEPT 05-077
ATLANTA GA 30350-2550                                                  TUPELO  MS 38803-3488



EXCLUDE

UNITED STATES TRUSTEE               UNIVERSITY MEDICAL CEN             (P)UPLIFT  INC
501 EAST COURT STREET               PO BOX 2219                        2 N CENTRAL AVE FL 10
SUITE 6 430                         JACKSON  MS 39225-2219             PHOENIX AZ 85004-4422
JACKSON  MS 39201-5022



DEBTOR                                                                 EXCLUDE

CATHY FUSCHE THOMPSON               JENNIFER A CURRY CALVILLO          THOMAS CARL ROLLINS JR
PO BOX 56                           THE ROLLINS LAW FIRM               THE ROLLINS LAW FIRM  PLLC
BENTON  MS 39039-0056               702 W PINE ST                      PO BOX 13767
                                    HATTIESBURG  MS 39401-3836         JACKSON  MS 39236-3767
```

~~EXCLUDE~~

~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN - CHAPTER 13 BANKRUPT~~
~~200 NORTH CONGRESS STREET, STE 400~~
~~JACKSON, MS 39201-1902~~