**23-01761IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                              CHAPTER 13:

CATHY FUSCHE THOMPSON                                            CASE NO. 22-01918-JAW

**TRUSTEE'S OBJECTION TO**
**DEBTOR'S MOTION TO ALLOW PAYMENT ARREARAGES**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to Debtor's Motion to Allow Payment Arrearages (Docket #40), and in support thereof, would show unto the Court the following:

1. The Debtor's Motion request that the plan payment arrearages be amortized over the remainder of the Chapter 13 Plan including any mortgage payments being paid through the plan.

2. The Debtor's plan does not include mortgage payments.

3. The Debtor's plan was confirmed December 14, 2022 (Docket#22).

4. In December 2024, an Agreed Order on the Trustee's Motion To Dismiss was entered (Docket #36).

5. Currently, the Debtor's plan is three (3) months in arrears and delinquent ($4,940.00) through December 2025.

6. The last plan payment was remitted to the Trustee in October 2025.

7. The Debtor should be required to submit a good faith plan payment in the amount of $1,099.00 to reduce the arrears to be amortized over the remaining life of the plan.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that this Objection be received and filed and at the hearing hereon, an Order be entered denying the Motion to Allow

Payment Arrearages, in the alternative, should the Debtor's Motion be granted, the Trustee prays the Debtor be required to submit a good faith plan payment in the amount of $1,099.00, to reduce the arrearage to be amortized over the life of the plan, **prior to the hearing on the Debtor's Motion**; and any general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: December 18, 2025

Respectfully Submitted,

/s/ *Semoune Ellis*
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-9888
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to the following, by electronic, ECF filing, and/or mail to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney(s) for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
jennifer@therollinsfirm.com

DATED: December 18, 2025

/s/*Semoune Ellis*
Semoune Ellis