

SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 15, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                       **CHAPTER 13:**

**CATHY FUSCHE THOMPSON**                             **CASE NO. 22-01918-JAW**

## **AGREED ORDER**

**THIS MATTER** came before the Court on the Debtor's Motion to Allow Payment Arrearages (Docket #40) and the Trustee's Objection (Docket #42). Thus, having considered the matters and finding the parties in agreement, the Court finds the Debtor's Motion to Suspend Plan Payments should be grant and the Trustee's Objection should be overruled in part.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion to Allow Payment Arrearages is hereby granted, and the Trustee's Objection is hereby overruled in part as the Debtor remitted a payment that reduced the plan payment delinquency.

**IT IS THEREFORE** that the Trustee shall cure the plan payment arrearages and amortize the delinquency over the remaining life of the plan and amend the wage order accordingly.

**IT IS FURTHER ORDERED** that the Debtor shall continue remitting plan payments as of January 2026.

##END OF ORDER##

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ *Semoune Ellis* | /s/ *Thomas C. Rollins, Jr.* |
| Semoune Ellis, MSB#105303 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | Jennifer A. Curry Calvillo, MSB#104367 |
| Standing Chapter Thirteen Trustee | The Rollins Law Firm, PLLC |
| Torri Parker Martin, MSB #103938 | P.O. Box 13767 |
| 200 North Congress Street, Suite 400 | Jackson, MS 39236 |
| Jackson, MS 39201 | Office: 601-500-5533 |
| Office: (601) 981-9100 | Email: trollins@therollinsfirm.com |
| Email: sellis@tpmartinch13.com |        jennifer@therollinsfirm.com |