_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 18, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**IN THE MATTER OF:**                              **CASE NO.: 22-01918- JAW**
**CATHY FUSCHE THOMPSON**

***** AMENDED *****
### ORDER UPON DEBTOR DIRECTING DEDUCTIONS FOR PAY

    **IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is <u>**paying personally**</u> and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

    **IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

    **IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

| **REMITTANCE BY CHECK or MONEY ORDER** | | **REMITTANCE BY CHECK or MONEY ORDER** |
|---|---|---|
| Torri Parker Martin | | TFS Direct Pay |
| Standing Chapter 13 Trustee | **OR** | **https://www.tfsbillpay.com/debtor** |
| P.O. Box 2033 | | TFS Bill Pay: 1-888-800-0294 |
| Memphis, TN 38101-2033 | | |

the sum of $1,300.00 MONTHLY .

##END OF ORDER