**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**CATHY FUSCHE THOMPSON** **CASE NO. 22-01918-JAW**
**P.O. BOX 56**
**BENTON, MS 39039**

## ORDER OF DISMISSAL

**THIS MATTER** came before the Court previously and an Order was entered (**Docket #36**) requiring the Debtor to not become more than sixty-days delinquent. The Debtor is currently more than sixty days delinquent in plan payments to the Trustee in the amount of $5,299.00 through November 2026. Thus, having considered the matter, the Court finds the case should be dismissed.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the bankruptcy petition filed by **CATHY FUSCHE THOMPSON** is hereby dismissed.

**#END OF ORDER#**

**SUBMITTED BY:**

/s/ Semoune Ellis
**SEMOUNE ELLIS, MSB #105303**
**STAFF ATTORNEY FOR**
**TORRI PARKER MARTIN, MSB #103938**
**STANDING CHAPTER 13 TRUSTEE**
**200 NORTH CONGRESS STREET, SUITE 400**
**JACKSON, MS 39201-1902**
**OFFICE: (601) 981-9100**
**FAX: (601) 981-1983**
**EMAIL: tpm@tpmartinch13.com**