United States Bankruptcy Court
Southern District of Mississippi

In re: Cathy Fusche Thompson
Debtor

Case No. 22-01918-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Nov 19, 2026 Form ID: ntcdsm Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathy Fusche Thompson, Po Box 56, Benton, MS 39039-0056 |
| cr | + | Exeter Finance LLC, 1027 Ninth Street, New Orleans, LA 70115-2308 |
| 5148075 | + | A-1 Check Cashing, 607 C Hwy 51, Ridgeland, MS 39157-2147 |
| 5148080 | + | Anethesia Consultants, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 5148083 | | Baptist Medical Group, P.O. Box 74533, Atlanta, GA 30384-5333 |
| 5148084 | + | Brittany Geralds, 583 Old Jackson Rd, Apt 116, Canton, MS 39046-9339 |
| 5148091 | + | Esqueen Riley, 6294 Scotland Rd, Bentonia, MS 39040-9351 |
| 5148093 | + | Jackson Pain Center, P.O. Box 22846, Jackson, MS 39225-2846 |
| 5148095 | + | MS Methodist Rehab Cen, 1 E Layfair Dr, #110, Flowood, MS 39232-9717 |
| 5148096 | + | MS Sports Medicine, P.O. Drawer 16870, Jackson, MS 39236-6870 |
| 5148094 | + | Midland Funding, 300 St Paul Pl, Baltimore, MD 21202-2120 |
| 5148098 | + | NewSouth Neurospine, PO Box 24537, Jackson, MS 39225-4537 |
| 5148103 | + | Radiological Group, PA, 1405 N State St, Ste 200, Jackson, MS 39202-1648 |
| 5148109 | | University Medical Cen, PO Box 2219, Jackson, MS 39225-2219 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 20 2026 00:07:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Nov 20 2026 00:07:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5148078 | | Email/Text: ebn@americollect.com | Nov 19 2026 19:07:00 | Americollect, P.O. Box 1566, Manitowoc, WI 54221 |
| 5148079 | | Email/Text: ebn@americollect.com | Nov 19 2026 19:07:00 | Americollect, Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 5148081 | + | Email/Text: rlambert@mscb-inc.com | Nov 19 2026 19:07:00 | ARMS, 1410 Industrial Park R, Paris, TN 38242-6099 |
| 5148082 | | Email/Text: sbridwell@arscollections.com | Nov 19 2026 19:07:00 | ARS Collection, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5148076 | + | Email/Text: bnc@teampurpose.com | Nov 19 2026 19:07:00 | Advance America, 1256 Jerry Clower Blvd, Yazoo City, MS 39194-3077 |
| 5170946 | + | Email/Text: bnc@teampurpose.com | Nov 19 2026 19:07:00 | Advance America Cash Advance Centers of MS, LLC, Purpose Financial Inc, 135 North Church Street, Spartanburg, SC 29306-9901 |
| 5148077 | + | Email/Text: bankruptcy@acacceptance.com | Nov 19 2026 19:07:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5148086 | | EDI: CAPITALONE.COM | Nov 20 2026 00:07:00 | Capital One Bank, PO Box 85520, Richmond, VA 23285-5520 |

| | | | | |
|---|---|---|---|---|
| 5148085 | + | EDI: CAPITALONE.COM | Nov 20 2026 00:07:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5148087 | + | EDI: CITICORP | Nov 20 2026 00:07:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 5148088 | + | EDI: WFNNB.COM | Nov 20 2026 00:07:00 | Comenity Bank/Roaman's, Po Box 182789, Columbus, OH 43218-2789 |
| 5148089 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2026 19:11:11 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5148090 | + | EDI: DIRECTV.COM | Nov 20 2026 00:07:00 | DirectTV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 5148092 | | Email/Text: exeter@ebn.phinsolutions.com | Nov 19 2026 19:07:00 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016 |
| 5157736 | + | EDI: AISACG.COM | Nov 20 2026 00:07:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 5148100 | | Email/Text: AdminServices@holliscobb.com | Nov 19 2026 19:07:00 | Patient Accounts Burea, P.O. Box 279, Norcross, GA 30091-0279 |
| 5161924 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2026 19:11:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5159744 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2026 19:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5148097 | ^ | MEBN | Nov 19 2026 19:04:02 | NCB Management Service, PO Box 1099, Langhorne, PA 19047-6099 |
| 5167705 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 19 2026 19:07:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 5148099 | + | EDI: AGFINANCE.COM | Nov 20 2026 00:07:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5155510 | | EDI: AGFINANCE.COM | Nov 20 2026 00:07:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5233612 | + | EDI: PRA.COM | Nov 20 2026 00:07:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5148101 | + | EDI: PRA.COM | Nov 20 2026 00:07:00 | Portfolio Recovery, PO Box 4115, Concord, CA 94524-4115 |
| 5148102 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 19 2026 19:07:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5148104 | | Email/Text: bankruptcy@republicfinance.com | Nov 19 2026 19:07:00 | Republic Finance, 6954 Old Canton Rd, Suite B, Ridgeland, MS 39157 |
| 5152505 | | Email/Text: bankruptcy@republicfinance.com | Nov 19 2026 19:07:00 | Republic Finance, LLC, 282 Tower Rd., Ponchatoula, LA 70454 |
| 5148105 | + | EDI: PHINELEVATE | Nov 20 2026 00:07:00 | Rise Credit of MS, 4150 International Pla, Ste 300, Fort Worth, TX 76109-4819 |
| 5148106 | | Email/Text: bankruptcy@sequium.com | Nov 19 2026 19:07:00 | Sequium Asset Solution, 1130 N Chase Pkwy, Ste 150, Marietta, GA 30067 |
| 5148107 | | Email/Text: bankruptcy_department@clacorp.com | Nov 19 2026 19:07:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5167698 | + | Email/Text: bkinfo@ccfi.com | Nov 19 2026 19:07:00 | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |
| 5148108 | + | Email/Text: Bankruptcies@umc.edu | Nov 19 2026 19:08:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5148110 | | Email/Text: bankruptcies@uplift.com | | |

Nov 19 2026 19:07:00 Uplift, 440 N. Wolfe Road, Sunnyvale, CA 94085

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory J Walsh | on behalf of Creditor Exeter Finance LLC greg@sundmakerfirm.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Cathy Fusche Thompson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cathy Fusche Thompson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 22–01918–JAW
Chapter: 13

In re:
Cathy Fusche Thompson
aka Cathy Fusche Geralds, aka Cathy Fusche Geralds Thompson
Po Box 56
Benton, MS 39039

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–9276

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on November 19, 2026.

Dated: 11/19/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600