United States Bankruptcy Court
Southern District of Mississippi

In re: Cathy Fusche Thompson
Debtor

Case No. 22-01918-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Nov 19, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Cathy Fusche Thompson, Po Box 56, Benton, MS 39039-0056 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gregory J Walsh | on behalf of Creditor Exeter Finance LLC greg@sundmakerfirm.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Cathy Fusche Thompson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cathy Fusche Thompson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |

United States Trustee USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**CATHY FUSCHE THOMPSON** **CASE NO. 22-01918-JAW**
**P.O. BOX 56**
**BENTON, MS 39039**

## ORDER OF DISMISSAL

**THIS MATTER** came before the Court previously and an Order was entered (**Docket #36**) requiring the Debtor to not become more than sixty-days delinquent. The Debtor is currently more than sixty days delinquent in plan payments to the Trustee in the amount of $5,299.00 through November 2026. Thus, having considered the matter, the Court finds the case should be dismissed.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the bankruptcy petition filed by **CATHY FUSCHE THOMPSON** is hereby dismissed.

**#END OF ORDER#**

**SUBMITTED BY:**

/s/ Semoune Ellis
**SEMOUNE ELLIS, MSB #105303**
**STAFF ATTORNEY FOR**
**TORRI PARKER MARTIN, MSB #103938**
**STANDING CHAPTER 13 TRUSTEE**
**200 NORTH CONGRESS STREET, SUITE 400**
**JACKSON, MS 39201-1902**
**OFFICE: (601) 981-9100**
**FAX: (601) 981-1983**
**EMAIL: tpm@tpmartinch13.com**